**UNITED STATES COURT OF INTERNATIONAL TRADE**     **FORM 1**

|  |  |
|---|---|
| **ARBA INTERNATIONAL LLC d/b/a ARIEL RIDER E-BIKES,**<br><br>  **Plaintiff,**<br><br>  **v.**<br><br>**UNITED STATES,**<br><br>  **Defendant.** | **S U M M O N S**<br><br>**Court No. 23-00215** |

**TO:**    The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



**/s/ Mario Toscano**
Clerk of the Court

## PROTEST

| | | | |
|---|---|---|---|
| **Port(s) of Entry** | 3002 Tacoma, WA | **Center (if known):** | CBI |
| **Protest Number:** | 3002-23-104415 | **Date Protest Filed:** | September 19, 2023 |
| **Importer:** | Arba International d/b/a Ariel Rider E-Bikes | **Date Protest Denied:** | September 27, 2023 |
| **Category of Merchandise:** | Electric Bicycles (e-bikes) | | |

## ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 8NP-00809354 | 02/06/2022 | 09/01/2023 | | | |
| 8NP-00861249 | 10/30/2022 | 09/01/2023 | | | |
| | | | | | |

Richard F. O'Neill
Neville Peterson LLP
701 Fifth Avenue, Ste 4200-2159
Seattle, WA 98104
(206) 905-3648
roneill@npwny.com

Name, Address**,** Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | **Statutory Basis** | **Statement of Value** |
| **Appraised:** | | |
| **Protest Claim:** | | |

| Classification, Rate, or Amount | | | | |
|---|---|---|---|---|
| | **Assessed** | | **Protest Claim** | |
| **Merchandise** | **Tariff Classification** | **Rate** | **Tariff Classification** | **Rate** |
| e-bikes | 8711.6000 9903.8802 | 0% 25% (Section 301) | 8711.6000 | 0% |
| | | | | |

| Other |
|---|
| State specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: |

The liquidation determinations of CBP in the above-cited entries are adverse to Plaintiff under 19 U.S.C. § 1514(a)(2) (*i.e.,* "the classification and rate and amount of duties chargeable").

Plaintiff's protest claims assert that CBP erroneously assessed Section 301 duties in liquidation when the subject merchandise is entitled to an exemption from Section 301 duties pursuant to a Section 301 exclusion applicable on certain e-bikes.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Richard F. O'Neill
_____
*Signature of Plaintiff's Attorney*

October 10, 2023
_____
*Date*

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)